HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, HON HAI PRECISION INDUSTRY CO., LTD., FOXCONN INTERNATIONAL HOLDINGS LTD., FOXCONN ELECTRONICS, INC., FOXCONN PRECISION COMPONENT (SHENZHEN) CO., LTD., and INVENTEC CORPORATION,<br><br>　　　　　　　Defendants. | Case No. 11-485 RAJ<br><br>(PROPOSED) ORDER GRANTING DEFENDANTS' MOTIONS FOR STAY<br><br>**NOTED FOR:**<br>**FRIDAY, JUNE 3, 2011** |

This matter came before the Court on a motion filed by Defendants Barnes & Noble, Inc. and barnsandnoble.com LLC and a separate motion filed by Defendants Hon Hai Precision Industry Co., Ltd.; Foxconn International Holdings Ltd.; Foxconn Electronics, Inc., and Foxconn Precision Components (Shenzen) Co., Ltd. requesting that this action be stayed in its entirety pursuant to 28 U.S.C § 1659(a) (the "Motions for Stay") pending resolution of a parallel ITC investigation: *In the Matter of Certain Handheld Electronic Computing Devices, Related Software, and Components Thereof*, Inv. No. 337-TA-769 (the "ITC Action").

(PROPOSED) ORDER GRANTING
DEFENDANTS' MOTIONS FOR STAY - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

The Court has considered the pleadings filed in support and in response to the Motions for Stay and therefore deems itself fully advised. Based on the pleadings submitted:

IT IS HEREBY ORDERED that the Motions for Stay are GRANTED and this action shall be stayed in its entirety until the Commission's determination in the ITC Action becomes final.

IT IS FURTHER ORDERED that such stay shall be without prejudice to Microsoft's ability to proceed with service on any defendant once the stay has been lifted. No deadline for effecting service on any defendant is hereby established. Any time limitation for service that might otherwise apply is tolled until 120 days after the stay is lifted.

DATED this ____ day of June, 2011.

_____
HONORABLE RICHARD A. JONES

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


By ___/s/ Christopher Wion_____
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher Wion, WSBA #33207
    Shane Cramer, WSBA #35099

T. ANDREW CULBERT (WSBA #35925)
andycu@microsoft.com
DAVID E. KILLOUGH (WSBA #40185)
davkill@microsoft.com
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, Washington 98052
Telephone: 425-882-8080
Facsimile: 425-869-1327

(PROPOSED) ORDER GRANTING
DEFENDANTS' MOTIONS FOR STAY - 2

| | |
|---|---|
| 1 | JEFFREY W. LESOVITZ (*pro hac vice*) |
| | jlesovitz@woodcock.com |
| 2 | DALE M. HEIST (*pro hac vice*) |
| | dheist@woodcock.com |
| 3 | DANIEL GOETTLE (*pro hac vice*) |
| | dgoettle@woodcock.com |
| 4 | ALEKSANDER J. GORANIN (*pro hac vice*) |
| | agoranin@woodcock.com |
| 5 | WOODCOCK WASHBURN LLP |
| | 2929 Arch Street, 12th Floor |
| 6 | Philadelphia, PA 19104 |
| | Telephone:    215-568-3100 |
| 7 | Facsimile:    215-568-3439 |
| 8 | |
| | DAVID T. PRITIKIN (*pro hac vice to be filed*) |
| 9 | dpritikin@sidley.com |
| | RICHARD A. CEDEROTH (*pro hac vice to be filed*) |
| 10 | rcederoth@sidley.com |
| | DOUGLAS I. LEWIS (*pro hac vice to be filed*) |
| 11 | dilewis@sidley.com |
| | JOHN W. MCBRIDE (*pro hac vice to be filed*) |
| 12 | jwmcbride@sidley.com |
| | SIDLEY AUSTIN LLP |
| 13 | One South Dearborn |
| | Chicago, IL 60603 |
| 14 | Telephone:    312-853-7000 |
| 15 | Facsimile:    312-853-7036 |
| 16 | BRIAN R. NESTER (*pro hac vice to be filed*) |
| | bnester@sidley.com |
| 17 | KEVIN C. WHEELER (*pro hac vice to be filed*) |
| | kwheeler@sidley.com |
| 18 | SIDLEY AUSTIN LLP |
| | 1501 K Street, NW |
| 19 | Washington, DC 20005 |
| | Telephone:    202-736-8000 |
| 20 | Facsimile:    202-736-8711 |
| 21 | |
| | Attorneys for Microsoft Corporation |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

(PROPOSED) ORDER GRANTING
DEFENDANTS' MOTIONS FOR STAY - 3