HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

vs.

BARNES & NOBLE, INC., BARNESANDNOBLE.COM LLC, HON HAI PRECISION INDUSTRY CO., LTD., FOXCONN INTERNATIONAL HOLDINGS LTD., FOXCONN ELECTRONICS, INC., FOXCONN PRECISION COMPONENT (SHENZHEN) CO., LTD., and INVENTEC CORPORATION,

    Defendants.

Case No. 11-485 RAJ

JOINT MOTIONS OF MICROSOFT, HON HAI, AND FOXCONN TO (A) TEMPORARILY LIFT STAY AND (B) DISMISS THE HON HAI/FOXCONN DEFENDANTS WITHOUT PREJUDICE

**NOTED FOR:**
**TUESDAY, DECEMBER 20, 2011**

Plaintiff Microsoft Corporation ("Microsoft"), and Defendants Hon Hai Precision Industry Co., Ltd., Foxconn International Holdings Ltd., Foxconn Electronics, Inc., and Foxconn Precision Component (Shenzhen) Co., Ltd. (the "Hon Hai/Foxconn Defendants") respectfully move the Court for an Order (a) temporarily lifting the stay in this action and (b) dismissing, without prejudice, Microsoft's claims against the Hon Hai/Foxconn Defendants pursuant to Fed. R. Civ. P. 41(a)(2). Microsoft's claims against Defendants Barnes & Noble, Inc., barnesandnoble.com LLC, and Inventec Corporation will remain pending.

JOINT MOTION OF MICROSOFT, HON HAI, AND FOXCONN TO (A) TEMPORARILY LIFT STAY AND (B) DISMISS THE HON HAI/FOXCONN DEFENDANTS WITHOUT PREJUDICE – 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

On June 8, 2011, this Court entered an Order pursuant to 28 U.S.C. § 1659(a) staying this action in favor of a pending ITC action involving the same parties (ECF No. 43). Microsoft has withdrawn its Amended Complaint in the ITC action as to the Hon Hai/Foxconn Defendants only, and the ITC action has been terminated as to the Hon Hai/Foxconn Defendants only.[1] Microsoft's ITC action remains pending as to Barnes & Noble, barnesandnoble.com, and Inventec.

Microsoft and the Hon Hai/Foxconn Defendants request that the stay in this action be lifted temporarily for the sole purpose of effecting the dismissal without prejudice of Microsoft's claims against the Hon Hai/Foxconn Defendants in this action. The requested dismissal is to be without prejudice and with respect to the Hon Hai/Foxconn Defendants only.

Microsoft and the Hon Hai/Foxconn Defendants respectfully request that the Court grant their joint motion, temporarily lift the stay in this action as to the Hon Hai/ Foxconn Defendants only, and dismiss without prejudice Microsoft's claims against the Hon Hai/Foxconn Defendants, consistent with the Proposed Order submitted herewith.

DATED this 20th day of December, 2011.

| DANIELSON HARRIGAN LEYH & TOLLEFSON LLP | DORSEY & WHITNEY LLP |
|---|---|
| By  s/Shane P. Cramer  .<br>Arthur W. Harrigan, Jr., WSBA #1751<br>Christopher Wion, WSBA #33207<br>Shane P. Cramer, WSBA #35099 | By  s/Douglas Stewart  .<br>Douglas Stewart, WSBA #34068<br>Dorsey & Whitney LLP<br>701 Fifth Avenue Suite 6100<br>Seattle, WA 98104 |
| T. Andrew Culbert (WSBA #35925)<br>andycu@microsoft.com<br>David E. Killough (WSBA #40185)<br>davkill@microsoft.com<br>Microsoft Corporation<br>1 Microsoft Way<br>Redmond, Washington 98052 | Telephone: (206) 903-8800<br>Facsimile: (206) 903-8820<br><br>Glenn E. Westreich<br>Steven M. Levitan<br>Inchan A. Kwon<br>2033 Gateway Place, Suite 300 |

---

[1] A copy of the ITC's December 15, 2011 order terminating the ITC action as to the Hon Hai/Foxconn Defendants is attached hereto as Exhibit A.

JOINT MOTION OF MICROSOFT, HON HAI, AND FOXCONN TO (A) TEMPORARILY LIFT STAY AND (B) DISMISS THE HON HAI/FOXCONN DEFENDANTS WITHOUT PREJUDICE  – 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

| | | |
|---|---|---|
| 1 | Telephone: 425-882-8080<br>Facsimile: 425-869-1327 | San Jose, CA 95110<br>Telephone: (408) 660-4120 |
| 2 | | Facsimile: (408) 660-4121 |
| 3 | Dale M. Heist (*pro hac vice*)<br>dheist@woodcock.com | **Attorneys for Defendants Foxconn** |
| 4 | Daniel Goettle (*pro hac vice*)<br>dgoettle@woodcock.com | **Electronics Inc., Foxconn Precision**<br>**Components (Shen Zhen) Co., Ltd.,** |
| 5 | Aleksander J. Goranin (*pro hac vice*)<br>agoranin@woodcock.com | **Foxconn International Holdings Ltd.,**<br>**and Hon Hai Precision Industry Co.,** |
| 6 | Jeffrey W. Lesovitz (*pro hac vice*)<br>jlesovitz@woodcock.com | **Ltd.** |
| 7 | Joseph R. Klinicki (*pro hac vice*)<br>jklinicki@woodcock.com | |
| 8 | Woodcock Washburn LLP<br>2929 Arch Street, 12th Floor | |
| 9 | Philadelphia, PA 19104<br>Telephone: 215-568-3100 | |
| 10 | Facsimile: 215-568-3439 | |
| 11 | **Attorneys for Plaintiff Microsoft**<br>**Corporation** | |

JOINT MOTION OF MICROSOFT, HON
HAI, AND FOXCONN TO (A)
TEMPORARILY LIFT STAY AND (B)
DISMISS THE HON HAI/FOXCONN
DEFENDANTS WITHOUT PREJUDICE – 3

# CERTIFICATE OF SERVICE

I, Susie Clifford, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 20th day of December, 2011, I caused the preceding document to be served on counsel of record in the following manner:

**Counsel for Defendants Barnes & Noble, Inc. and barnesandnoble.com LLC**

Louis D. Peterson (ldp@hcmp.com)  \_\_\_\_\_ Messenger
Michael R. Scott (mrs@hcmp.com)  \_\_\_\_\_ US Mail
Mary E. Crego (mec@hcmp.com)  \_\_\_\_\_ Facsimile
Hillis Clark Martin & Peterson  __X__ ECF
1221 Second Avenue, Suite 500  \_\_\_\_\_ Email
Seattle, WA 98101-2925
Phone: 206-623-1745
Fax: 623-7789

**Counsel for Foxconn Electronics, Inc., Foxcon Precision Components (Shen Zhen) Co., Ltd. Foxconn International Holdings Ltd., and Hon Hai Precision Industry Co., Ltd.**

Douglas Stewart (stewart.douglas@dorsey.com)  \_\_\_\_\_ Messenger
Dorsey & Whitney LLP  \_\_\_\_\_ US Mail
701 Fifth Avenue, Suite 6100  \_\_\_\_\_ Facsimile
Seattle, WA 98104  __X__ ECF
Telephone (206) 903) 8800  \_\_\_\_\_ Email
Fax: (206) 903-8820

_____s/Susie Clifford_____
Susie Clifford

JOINT MOTION OF MICROSOFT, HON HAI, AND FOXCONN TO (A) TEMPORARILY LIFT STAY AND (B) DISMISS THE HON HAI/FOXCONN DEFENDANTS WITHOUT PREJUDICE – 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# EXHIBIT A

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

| |  |
|---|---|
| **In the Matter of**<br><br>CERTAIN HANDHELD ELECTRONIC<br>COMPUTING DEVICES, RELATED<br>SOFTWARE, AND COMPONENTS<br>THEREOF | Investigation No. 337-TA-769 |

NOTICE OF COMMISSION DECISION NOT TO REVIEW AN
INITIAL DETERMINATION TERMINATING THE INVESTIGATION AS TO
CERTAIN RESPONDENTS BASED ON PARTIAL WITHDRAWAL OF THE
COMPLAINT

**AGENCY:** U.S. International Trade Commission.

**ACTION:** Notice.

**SUMMARY:** Notice is hereby given that the U.S. International Trade Commission has determined not to review an initial determination ("ID") (Order No. 23) of the presiding administrative law judge ("ALJ") terminating the above-captioned investigation as to respondents Hon Hai Precision Industry Co., Ltd. and Foxconn Electronics, Inc., both of Tucheng City, Taiwan; Foxconn Precision Component (Shenzhen) Co., Ltd. of Shenzhen, China; and Foxconn International Holdings Ltd. of Kowloon, Hong Kong (collectively, "the Foxconn/Hon Hai respondents") based on partial withdrawal of the complaint.

**FOR FURTHER INFORMATION CONTACT:** Clint Gerdine, Esq., Office of the General Counsel, U.S. International Trade Commission, 500 E Street, S.W., Washington, D.C. 20436, telephone (202) 708-2310. Copies of non-confidential documents filed in connection with this investigation are or will be available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W., Washington, D.C. 20436, telephone (202) 205-2000. General information concerning the Commission may also be obtained by accessing its Internet server at http://www.usitc.gov. The public record for this investigation may be viewed on the Commission's electronic docket (EDIS) at http://edis.usitc.gov. Hearing-impaired persons are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205-1810.

**SUPPLEMENTARY INFORMATION:** The Commission instituted this investigation on April 25, 2011, based on a complaint filed by Microsoft Corporation ("Microsoft") of Redmond, Washington. 76 *Fed. Reg.* 22918. The complaint, as amended, alleges a violation of section 337

of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, in the importation into the United States, the sale for importation, and the sale within the United States after importation of certain handheld electronic computing devices, related software, and components thereof by reason of infringement of certain claims of U.S. Patent Nos. 5,778,372; 5,889,522; 6,339,780; 6,891,551; and 6,957,233. The complaint further alleges the existence of a domestic industry. The Commission's notice of investigation named several respondents including the Foxconn/Hon Hai respondents.

On November 9, 2011, Microsoft and the Foxconn/Hon Hai respondents jointly moved to terminate the investigation as to the Foxconn/Hon Hai respondents based upon withdrawal of all allegations as to the subject respondents. The Commission investigative attorney filed a response in support of the joint motion and no party opposed the motion.

The ALJ issued the subject ID on November 28, 2011, granting the joint motion for termination of the investigation as to the Foxconn/Hon Hai respondents. He found that the motion for partial termination satisfies Commission rule 210.21(a)(1). No party petitioned for review of the ID. The Commission has determined not to review the ID.

The authority for the Commission's determination is contained in section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, and in sections 210.21 and 210.42(h) of the Commission's Rules of Practice and Procedure, 19 C.F.R. §§ 210.21, 210.42(h).

By order of the Commission.

James R. Holbein
Secretary to the Commission

Issued: December 15, 2011

2

CERTAIN HANDHELD ELECTRONIC COMPUTING DEVICES, Inv. No. 337-TA-769
RELATED SOFTWARE, AND COMPONENTS THEREOF

## PUBLIC CERTIFICATE OF SERVICE

I, James R. Holbein, hereby certify that the attached **NOTICE** has been served by hand upon, the Commission Investigative Attorney, Jeffrey Hsu, Esq., and the following parties as indicated on **December 15, 2011**.

James R. Holbein, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC 20436

**On Behalf of Complainant Microsoft Corporation:**

V. James Adduci, II
**ADDUCI, MASTRIANI & SCHAUMBERG LLP**
1200 17TH Street, 5th Floor
Washington, DC 20036

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____

**On Behalf of Respondents Barnes & Noble, Inc. and barnesandnoble.com LLC:**

Marcia H. Sundeen, Esq.
**KENYON & KENYON LLP**
1500 K Street, NW
Washington, DC 20005

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____

**On Behalf of Respondents Hon Hai Precision Industry Co., Ltd., Foxconn Electronics, Inc., Foxconn Precision Component (Shenzhen) Co. Ltd. and Foxconn International Holdings Ltd.:**

Edward M. Lebow, Esq.
**HAYNESBOONE**
1614 L Street, NW, Suite 800
Washington, DC 20036

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____

**On Behalf of Inventec Corporation:**

Richard L. DeLucia, Esq.
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____