HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

Plaintiff,

v.

BARNES & NOBLE, INC., et al.,

Defendants.

CASE NO. C11-485RAJ

ORDER

This matter comes before the court on a joint motion to dismiss from Plaintiff and three Defendants: Hon Hai Precision Industry Co., Ltd., Foxconn International Holdings Ltd., Foxconn Electronics, Inc., and Foxconn Precision Component (Shen Zhen) Co., Ltd. (collectively "Foxconn Defendants"). Dkt. ## 44. These parties jointly request the dismissal, without prejudice, of Plaintiff's claims against the Foxconn Defendants. They ask the court to lift the stay it previously imposed (Dkt. # 43, June 8, 2011 ord.) to accomplish this dismissal. No other Defendant has objected to the request.

The court finds it unnecessary to lift the stay merely to effect a voluntary dismissal. The court GRANTS the joint motion to the extent it requests a voluntary dismissal of Plaintiffs' claims against the Foxconn Defendants. The court DISMISSES those claims without prejudice, and directs the clerk to TERMINATE the Foxconn

ORDER- 1

1  Defendants as parties.  This litigation, now consisting of Plaintiff's claims against :
2  Barnes & Noble, Inc., barnesandnoble.com LLC, and Inventec Corporation, remains
3  STAYED.
4        Dated this 3rd day of January, 2012.

                                              *[signature]*

                                              The Honorable Richard A. Jones
                                              United States District Court Judge