HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC, and<br>INVENTEC CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. 2:11-cv-00485 RAJ<br><br>MICROSOFT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO DEFENDANT INVENTEC CORPORATION |

　　　　Plaintiff Microsoft Corporation submits this Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismissing without prejudice its claims against defendant Inventec Corporation.  Nothing in this Notice of Voluntary Dismissal Without Prejudice shall have any effect on Microsoft's claims against any other defendants.

　　　　DATED this 30th day of April, 2012.

　　　　　　　　　　　　　　　　DANIELSON HARRIGAN LEYH & TOLLEFSON LLP


　　　　　　　　　　　　　　　　By　　s/Shane P. Cramer
　　　　　　　　　　　　　　　　　　Arthur W. Harrigan, Jr., WSBA #1751
　　　　　　　　　　　　　　　　　　Christopher Wion, WSBA #33207
　　　　　　　　　　　　　　　　　　Shane P. Cramer, WSBA #35099

MICROSOFT'S NOTICE OF VOLUNTARY
DISMISSAL AS TO DEFENDANT
INVENTEC CORPORATION – 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  T. ANDREW CULBERT (WSBA #35925)
   andycu@microsoft.com
2  DAVID E. KILLOUGH (WSBA #40185)
   davkill@microsoft.com
3  MICROSOFT CORPORATION
   1 Microsoft Way
4  Redmond, Washington 98052
   Telephone: 425-882-8080
5  Facsimile: 425-869-1327

6  DALE M. HEIST (*pro hac vice*)
   dheist@woodcock.com
7  DANIEL GOETTLE (*pro hac vice*)
   dgoettle@woodcock.com
8  ALEKSANDER J. GORANIN (*pro hac vice*)
   agoranin@woodcock.com
9  JEFFREY W. LESOVITZ (*pro hac vice*)
   jlesovitz@woodcock.com
10 JOSEPH R. KLINICKI (*pro hac vice*)
   jklinicki@woodcock.com
11 WOODCOCK WASHBURN LLP
   2929 Arch Street, 12th Floor
12 Philadelphia, PA 19104
   Telephone:   215-568-3100
13 Facsimile:   215-568-3439

14 **COUNSEL FOR PLAINTIFF**
15 **MICROSOFT CORPORATION**

16

17

18

19

20

21

22

23

24

25

MICROSOFT'S NOTICE OF VOLUNTARY
DISMISSAL AS TO DEFENDANT
INVENTEC CORPORATION – 2

**CERTIFICATE OF SERVICE**

I, Susie Clifford, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 30th day of April, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Counsel for Defendants Barnes & Noble, Inc. and barnesandnoble.com LLC**

| | |
|---|---|
| Louis D. Peterson (ldp@hcmp.com) | _____ Messenger |
| Michael R. Scott (mrs@hcmp.com) | _____ US Mail |
| Mary E. Crego (mec@hcmp.com) | _____ Facsimile |
| Hillis Clark Martin & Peterson | __X__ ECF |
| 1221 Second Avenue, Suite 500 | _____ Email |
| Seattle, WA  98101-2925 | |
| Phone:  206-623-1745 | |
| Fax:  623-7789 | |

| | |
|---|---|
| Richard L. DeLucia (rdelucia@kenyon.com) | _____ Messenger |
| A. Antony Pfeffer (apfeffer@kenyon.com) | _____ US Mail |
| Kenyon & Kenyon LLP | _____ Facsimile |
| One Broadway | __X__ ECF |
| New York, NY 10004 | _____ Email |
| Telephone:  212-425-7200 | |

| | |
|---|---|
| Peter T. Barbur (pbarbur@cravath.com) | _____ Messenger |
| CRAVATH, SWAINE, &MOORE LLP | _____ US Mail |
| 825 8th Avenue | _____ Facsimile |
| 1 Worldwide Plaza | __X__ ECF |
| New York, NY 10019 | _____ Email |
| Telephone:  212-474-1000 | |

                                        s/Susie Clifford
                                        Susie Clifford

MICROSOFT'S NOTICE OF VOLUNTARY
DISMISSAL AS TO DEFENDANT
INVENTEC CORPORATION – 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MICROSOFT'S NOTICE OF VOLUNTARY
DISMISSAL AS TO DEFENDANT
INVENTEC CORPORATION – 4

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717