HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>BARNES & NOBLE, INC., et. al ,<br><br>                Defendants. | Case No. 2:11-cv-00485 RAJ<br><br>(PROPOSED) ORDER GRANTING JOINT MOTION OF MICROSOFT, BARNES & NOBLE, AND BARNESANDNOBLE.COM TO (A) LIFT STAY AND (B) DISMISS WITH PREJUDICE ALL CLAIMS OF MICROSOFT AGAINST BARNES & NOBLE AND BARNESANDNOBLE.COM AND THE DEFENSES AND COUNTERCLAIMS OF BARNES & NOBLE AND BARNESANDNOBLE.COM<br><br>**NOTED FOR: FRIDAY, JUNE 1, 2012** |

This matter came before the Court on a joint motion filed by Plaintiff Microsoft Corporation and Defendants Barnes & Noble, Inc. and barnesandnoble.com, LLC (the "Barnes & Noble Defendants") to lift the stay in this Action and to dismiss, with prejudice and pursuant to Fed. R. Civ. P. 41(a)(2), Microsoft's claims against the Barnes & Noble Defendants and the Barnes & Noble Defendants' defenses and counterclaims against Microsoft.

The Court has considered the pleadings filed in support and in response to the joint motion, if any, and therefore deems itself fully advised. Based on the documents submitted:

(PROPOSED) ORDER GRANTING JOINT
MOTION OF MICROSOFT, BARNES & NOBLE,
AND BARNESANDNOBLE.COM TO (A) LIFT
STAY AND (B) DISMISS WITH PREJUDICE
ALL REMAINING CLAIMS, DEFENSES, AND
COUNTERCLAIMS - 1

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   IT IS HEREBY ORDERED that Microsoft and the Barnes & Noble Defendants'

2   Motion is GRANTED.  The stay in this Action is lifted.  Microsoft's claims against the Barnes

3   & Noble Defendants and the Barnes & Noble Defendants' defenses and counterclaims are

4   dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs in

5   connection with this Action.

6   DATED this ____ day of _____, 2012.

7

8   _____
   HONORABLE RICHARD A. JONES

9   Presented by:

10

11  DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

12  By   s/Shane P. Cramer
       Arthur W. Harrigan, Jr., WSBA #1751
13     Christopher Wion, WSBA #33207
       Shane P. Cramer, WSBA #35099
14

15  T. ANDREW CULBERT (WSBA #35925)
    andycu@microsoft.com
16  DAVID E. KILLOUGH (WSBA #40185)
    davkill@microsoft.com
17  MICROSOFT CORPORATION
    1 Microsoft Way
18  Redmond, Washington 98052
    Telephone: 425-882-8080
19  Facsimile: 425-869-1327

20  JEFFREY W. LESOVITZ (*pro hac vice*)
    jlesovitz@woodcock.com
21  DALE M. HEIST (*pro hac vice*)
    dheist@woodcock.com
22  DANIEL GOETTLE (*pro hac vice*)
    dgoettle@woodcock.com
23  ALEKSANDER J. GORANIN (*pro hac vice*)
    agoranin@woodcock.com
24  WOODCOCK WASHBURN LLP
25  2929 Arch Street, 12th Floor

(PROPOSED) ORDER GRANTING JOINT
MOTION OF MICROSOFT, BARNES & NOBLE,
AND BARNESANDNOBLE.COM TO (A) LIFT
STAY AND (B) DISMISS WITH PREJUDICE
ALL REMAINING CLAIMS, DEFENSES, AND
COUNTERCLAIMS - 2

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Philadelphia, PA 19104
Telephone:   215-568-3100
Facsimile:   215-568-3439

**Attorneys for Microsoft Corporation**

HILLIS CLARK MARTIN & PETERSON P.S.

By    s/Louis D. Peterson              .
    Louis D. Peterson, WSBA #5776
    Michael R. Scott, WSBA #12822
    Mary E. Crego, WSBA #31393

Richard L. DeLucia (*pro hac vice*)
A. Antony Pfeffer (*pro hac vice*)
Kenyon & Kenyon LLP
One Broadway
New York, NY  10004-1007
Telephone:  212-425-7200
Facsimile:  212-425-5288

**Attorneys for Defendants Barnes & Noble, Inc. and barnesandnoble.com LLC**

(PROPOSED) ORDER GRANTING JOINT MOTION OF MICROSOFT, BARNES & NOBLE, AND BARNESANDNOBLE.COM TO (A) LIFT STAY AND (B) DISMISS WITH PREJUDICE ALL REMAINING CLAIMS, DEFENSES, AND COUNTERCLAIMS **-** 3

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I, Susie Clifford, swear under penalty of perjury under the laws of the State of Washington to the following:

1. I am over the age of 21 and not a party to this action.

2. On the 1st day of June, 2012, I caused the preceding document to be served on counsel of record in the following manner:

**Counsel for Defendants Barnes & Noble, Inc. and barnesandnoble.com LLC**

| | |
|---|---|
| Louis D. Peterson (ldp@hcmp.com) | _____ Messenger |
| Michael R. Scott (mrs@hcmp.com) | _____ US Mail |
| Mary E. Crego (mec@hcmp.com) | _____ Facsimile |
| Hillis Clark Martin & Peterson | __X__ ECF |
| 1221 Second Avenue, Suite 500 | _____ Email |
| Seattle, WA 98101-2925 | |
| Phone: 206-623-1745 | |
| Fax: 623-7789 | |

| | |
|---|---|
| Richard L. DeLucia (rdelucia@kenyon.com) | _____ Messenger |
| A. Antony Pfeffer (apfeffer@kenyon.com) | _____ US Mail |
| Kenyon & Kenyon LLP | _____ Facsimile |
| One Broadway | __X__ ECF |
| New York, NY 10004 | _____ Email |
| Telephone: 212-425-7200 | |

| | |
|---|---|
| Peter T. Barbur (pbarbur@cravath.com) | _____ Messenger |
| CRAVATH, SWAINE, &MOORE LLP | _____ US Mail |
| 825 8th Avenue | _____ Facsimile |
| 1 Worldwide Plaza | __X__ ECF |
| New York, NY 10019 | _____ Email |
| Telephone: 212-474-1000 | |

                                                  s/Susie Clifford
                                                  Susie Clifford

(PROPOSED) ORDER GRANTING JOINT MOTION OF MICROSOFT, BARNES & NOBLE, AND BARNESANDNOBLE.COM TO (A) LIFT STAY AND (B) DISMISS WITH PREJUDICE ALL REMAINING CLAIMS, DEFENSES, AND COUNTERCLAIMS - 4

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717